1998R02379

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. JOSE L. LINARES |
| v. | : | CRIM. NO. 98-581 |
| RAFAEL REIDEL | : | <u>UNSEALING ORDER</u> |

Upon application of the United States Attorney, Christopher J. Christie (Assistant U.S. Attorney Charles B. McKenna, appearing) for an order unsealing the Indictment and all related papers in the above-captioned matter, and good and sufficient cause having been shown,

IT IS on this 29 day of July 2008,

ORDERED that the Sealing Order previously entered, is no longer in effect; and it is further

ORDERED that the Indictment and all related papers in the above-captioned matter be UNSEALED.

_____
HON. JOSE L. LINARES
UNITED STATES DISTRICT JUDGE